*AMENDED Complaint*

# CIVIL RIGHTS COMPLAINT FORM

FOR USE IN ACTIONS UNDER 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF FLORIDA

_Tallahassee_, DIVISION

1. JAMES BYRD,
2. INMATE # 44632,
3. _____.

(Enter the full name of each plaintiff, plus inmate number (if applicable). Begin the name of each plaintiff on a new line. The entire name of each party should be in capital letters. Descriptive terms such as a party's title or job position should be in normal case.)

VS.

CASE NUMBER: 4:02cv182 SPM
(To be assigned by Clerk)

1. Tom Harris,
2. Correction Officer,
3. Wakulla County Jail,
4. _____.

(Enter the full name of each defendant in the same manner as above. If additional space is required, use the blank area directly to the right.)

ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

02 OCT 22 PM 1:57

FILED

10

"AMENDED Complaint"

## I. PLAINTIFFS:

State your <u>full name</u>, inmate number, and full mailing address in the lines below. Include the name of the institution in which you are confined. Do the same for any additional Plaintiffs:

(A) Plaintiff's name: JAMES BYRD
    Plaintiff's inmate number: # 44632
    Prison or jail: LEON COUNTY JAIL
    Mailing address: P.O. Box #2278
    Tallahassee FL. 32316-2278

## II. DEFENDANTS:

State the <u>full name</u> of the defendant, official position, mailing address, and place of employment. Do the same for **every** defendant.

(1) Defendant's name: TOM HARRIS
    Official position: CORRECTIONS OFFICER - WAKULLA Co. JAIL
    Mailing address: #15 OAK STREET
    Employed at: CRAWFORDVILLE, Florida 32327

(2) Defendant's name:
    Official position:
    Mailing address:
    Employed at:

(3) Defendant's name:
    Official position:
    Mailing address:
    Employed at:

ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

*Amended Complaint*

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES:

NOTE: THE COURT WILL NOT ACCEPT THE COMPLAINT FOR FILING UNTIL PLAINTIFF(S) FILL OUT THE FOLLOWING REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES. UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 42 U.S.C. § 1997e (AS AMENDED), THIS COMPLAINT IS SUBJECT TO <u>DISMISSAL</u> IF THE CLAIMS PRESENTED HAVE NOT BEEN PROPERLY EXHAUSTED.

  A. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?

    Yes( )         No(✓)

  [If your answer is YES, answer all the questions in this subsection. If your answer is NO, proceed to subsection III B.]

  Exhaustion of administrative remedies pursuant to Fla. Admin. Code Chapter 33-29 is required prior to pursuing a civil rights action concerning events occurring within the Florida Department of Corrections. Any required grievances, appeals, and responses **must** be submitted to the Court to verify exhaustion. Each plaintiff must complete a separate Section III.

   **EXHAUSTION STEPS REQUIRED:**   (N/A)

   * Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Medical Grievance, Grievance Concerning Violation of Americans with Disabilities Act (ADA), Medical Grievance, Grievance Involving Admissible Reading Material, Grievance Governed by Fla. Admin. Code Rule 33-11.0065 Incentive Gain Time, Grievance Involving Disciplinary Action.

       a.  Formal Grievance to Superintendent or to the Office of Secretary (Form DC1-303)
       b.  Appeal to the Office of Secretary (Form DC1-303)

   * General Grievance

       a.  Informal Grievance (Form DC3-005)
       b.  Formal Grievance (Form DC1-303)
       c.  Appeal to the Office of Secretary (Form DC1-303)

   **EXHAUSTION STEPS TAKEN:**   (N/A)

   1. Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Medical Grievance, Grievance Concerning Violation of Americans with Disabilities Act (ADA), Grievance Involving Admissible Reading Material, Grievance Governed by Fla. Admin. Code Rule 33-11.0065 Incentive Gain Time, Grievance

3

## "AMENDED Complaint"

Involving Disciplinary Action (these are requests for Administrative Remedy or Appeal, by-passing the informal grievance step).

    a. Did you submit your grievance directly to the Superintendent and/or to the Office of Secretary (Form DC1-303)?

        Yes( )        No(✓)

    b. If so, you must attach a copy of the grievance and response to this complaint form.

    c. Were you denied emergency status or otherwise required to first file an informal grievance?

        Yes( )        No(✓)

    d. Did you have a disciplinary hearing concerning this matter?

        Yes( )        No(✓)

    e. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this complaint form.

2. Informal Grievance (Request for Interview)

    a. Did you submit an informal grievance (Form DC3-005)?

        Yes( )        No(✓)

    b. If so, you must attach a copy of the grievance and response to this complaint form.

3. Formal Grievance (Request for Administrative Remedy or Appeal)

    a. Did you submit a formal grievance (Form DC1-303)?

        Yes( )        No(✓)

    b. If so, you must attach a copy of the grievance and response to this complaint form.

4. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

    a. Did you submit an appeal to the Office of the

*"AMENDED Complaint"* (H)

Secretary (Form DC1-303)?

    Yes ( )        No (✓)

  b. If so, you must attach a copy of the appeal and response to this complaint form.

B. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL?

    Yes (✓)        No ( )

If your answer is YES, answer the following questions.

1. Is there a grievance procedure at your institution or jail?

    Yes (✓)        No ( )

2. Did you present the facts relating to your complaint in the prison grievance procedure?

    Yes (✓)        No ( )

3. If your answer is YES:    *ANSWERS ON NEXT PAGE # B*

  a. What steps did you take?

  b. What were the results?

4. If your answer is NO, explain why not:

IV. PREVIOUS LAWSUITS

NOTE: UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 28 U.S.C. § 1915 (AS AMENDED), NO PRISONER SHALL BRING A CIVIL ACTION OR APPEAL A JUDGMENT IN A CIVIL ACTION UNDER 28 U.S.C. § 1915 IF THE PRISONER HAS, ON 3 OR MORE PRIOR OCCASIONS, WHILE INCARCERATED OR DETAINED IN ANY FACILITY, BROUGHT AN ACTION OR APPEAL IN A COURT OF THE UNITED STATES THAT WAS DISMISSED ON THE GROUNDS THAT IT IS FRIVOLOUS, MALICIOUS, OR FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, UNLESS THE PRISONER IS UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY. THEREFORE, IT IS EXTREMELY IMPORTANT THAT THIS SECTION BE COMPLETED IN **THE MOST TRUTHFUL AND COMPLETE MANNER POSSIBLE**. FAILURE TO GIVE COMPLETE AND TRUTHFUL INFORMATION ABOUT PRIOR CASES CAN RESULT IN THE **DISMISSAL** OF THIS ACTION.

  A. Have you initiated other actions in **state** court dealing with the same or <u>similar</u> facts or issues as involved in this action?    Yes ( )    No (✓)

"AMENDED Complaint"

Secretary (form Dc1-303)?

Part (B.)
Question (3)

3. If your answer is yes

A. what steps did you take
I contacted Sgt. Worman the Sgt. on duty and tried to press charges for assault, she told me she would have a detective talk to me, one never did.

B. what were the results
The detective never came to talk to me, and I was never allowed to file charges.

"*AMENDED Complaint*"

B. Have you initiated other actions in **federal** court dealing with the same or <u>similar</u> facts or issues as involved in this action?   Yes( )   No(✓)

C. If your answer to either (A) or (B) is YES, describe each action in the space provided below. If there is more than one action, describe all additional actions on a separate piece of paper, using the same format as below.

   (1) Parties to previous action:

      Plaintiff(s):
      Defendant(s):

   (2) Court (if federal court, name the district; if state court, name the county):

   (3) Docket Number:

   (4) Name of Judge:

   (5) Briefly describe the facts and basis of the action:

   (6) Disposition (Was the case dismissed? If so, why? Did you appeal? What result?):

   (7) Approximate filing date:

   (8) Approximate disposition date:

D. Have you initiated other actions (other than those listed in (A) or (B)) in state or federal court relating to the fact or manner of your imprisonment or the conditions of your imprisonment?   Yes( )   No(✓)

E. If your answer to (D) is YES, describe each action in the spaces below. Attach additional pages if necessary.

   (1) Court (if federal court, name the district; if state, name the county):

   (2) Docket Number:

   (3) Parties to the previous action
      (a). Plaintiff(s):
      (b). Defendant(s):

   (4) Basis of action:

   (5) Is it still pending?   Yes( )   No(✓)


# "AMENDED Complaint"

**V. STATEMENT OF FACTS:**

Using numbered paragraphs, state as briefly as possible the **FACTS** of your case. Describe how each defendant was involved and what each did or did not do to give rise to your claim. Include the names of persons involved, dates, times, and places. State exactly what happened. **DO NOT make any legal arguments or cite any cases or statutes.** You may make copies of these pages and attach additional sheets of paper if needed:

(1) My name is James Byrd. I was incarcerated in the Wakulla County Jail, (Wakulla Florida) on 10-11-01. There was a fight between myself and another inmate named "Ransom". He is a violent offender and was in jail for "murder".

(2) After the fight was broken up, we were seperated and put in different parts of the jail for safety reasons. There was a seperation order issued on (10-11-01) to keep myself and inmate Ransom seperated from each other. This order was posted in the jail for all corrections officers to see and this seperation order was entered into the Daily Log by Jail officials. This Daily Log is supposed to be reviewed each day.

(3) Correction's Officer TOM HARRIS was on duty on 10-17-01. Officer Tom Harris was aware of the seperation order and totally disregarded this order. Officer Tom Harris also failed to look at his daily log clearly showing that inmate Ransom and myself were NOT to be let out of our cells together or at the same time, in the same area, for any reason "whatsoever". Officer Tom Harris totally disregarded the posted



## "AMENDED Complaint"

**V. STATEMENT OF FACTS:**

Using numbered paragraphs, state as briefly as possible the **FACTS** of your case. Describe how <u>each</u> defendant was involved and what each did or did not do to give rise to your claim. Include the names of persons involved, dates, times, and places. State exactly what happened. **DO NOT make any legal arguments or cite any cases or statutes.** You may make copies of these pages and attach additional sheets of paper if needed:

3) Order, as well as his Daily Log. He let me out of my cell first, then "immediately" released inmate Ransom in my immediate area. Inmate Ransom "violently" attacked me, injuring my spine.

I have been under constant pain and medical attention ever since this second attack happened.

4) If Corrections Officer Tom Harris had read the seperation order or checked his daily log, this attack would never have happened -

"Amended Complaint"

## VI. STATEMENT OF CLAIM:

State as briefly as possible what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim, and relate each claim to the facts in the complaint. If the claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

Correction's officer "Tom Harris" acting in his official capacity for Wakulla Sheriff's Dept. without provocation and under color of law, his actions created physical and psychological injury, including spinal injury and back pain.

Causing the attack, officer Tom Harris, in his official capacity as "Corrections officer" was willfully wanton, reckless, malicious, and negligent, and violated the laws, priviledges, and immunities secured in the "United States Constitution," in particular, the "Eighth Amendment." To protect prisoners from violence at the hands of other prisoners. "i.e." If officer Tom Harris had followed official procedure, and checked (1) the posted separation order (2) or read his daily log, stating to separate these two inmates, this injury would never have happened.

The plaintiff also asserts that the actions of "Corrections" officer Tom Harris was arborbrary and malicious and the punishment was without any penological purpose, and these actions would shock the conscience of any reasonable citizen.

"AMENDED Complaint"

VII. RELIEF REQUESTED:

State briefly what relief you seek from this court. Do not make any legal arguments or cite any cases. You may, if you wish, cite statutes which authorize the relief requested, but need not do so.

① The plantiff requests a "Trial by Jury"

② The plantiff requests any and all Attorneys fees be paid by defendant.

③ The plantiff requests any and all "court costs" be paid by defendent

④ The plaintiff requests all medicines, medical Bills, etc relating to this injury be paid by defendent.

⑤ The plaintiff seeks the monetary sum of $1,500,000 (one million, Five hundred thousand Dollars) to be paid to him by the defendent.

VIII. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

Signed this __30__ day of _September_, 2002.

_James Byrd_

(Signature(s) of Plaintiff(s))

Rev. SPC 2/97                               9